LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 13-3681 (BRO) (SHx) | Date | February 24, 2014 |
|---|---|---|---|
| Title | DORIS H. BEGLEY v. WELLS FARGO HOME MORTGAGE, ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

# ORDER TO SHOW CAUSE RE DISMISSAL OF ACTION FOR FAILURE TO PROSECUTE

On April 11, 2013 Plaintiff Doris H. Begley filed this lawsuit in the Los Angeles Superior Court, which Defendant Wells Fargo Bank N.A. removed on May 22, 2013. (Dkt. No. 1.) On June 19, 2013, Plaintiff filed a first amended complaint. (Dkt. No. 7.) Subsequently, on July 5, 2013, Defendant filed a motion to dismiss Plaintiff's first amended complaint, which the Court granted on October 28, 2013. (Dkt. Nos. 8, 16.) In its order granting Defendant's motion, the Court dismissed several of Plaintiff's claims with prejudice, finding them to be preempted by the Home Owners Loan Act ("HOLA"). (Dkt. No. 16.)

On November 25, 2013, Plaintiff filed a second amended complaint. (Dkt. No. 18.) In the second amended complaint, Plaintiff persisted to assert causes of action that the Court previously dismissed with prejudice, arguing that they are not preempted by HOLA. (Dkt. No. 18 at ¶¶ 15–24, 87–124.) Plaintiff also asserted other causes of action that were dismissed with leave to amend in the Court's previous order, but which she yet failed to adequately allege. (*See* Dkt. Nos. 18, 26.) Accordingly, after Defendant moved to dismiss, the Court granted Defendant's motion and dismissed the second amended complaint, granting leave to amend for some of Plaintiff's alleged causes of action. (Dkt. No. 26.)

In its order dismissing the second amended complaint, the Court directed Plaintiff that "[a]ny amended complaint must be filed **no later than Monday, February 10, 2014. Failure to timely file an amended pleading will result in dismissal of this action.**"

LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 13-3681 (BRO) (SHx) | Date | February 24, 2014 |
|---|---|---|---|
| Title | DORIS H. BEGLEY v. WELLS FARGO HOME MORTGAGE, ET AL. | | |

(Dkt. No. 26, at 12 (emphasis in original).)  Two weeks have passed since the appointed deadline for filing a third amended complaint.  No amended complaint has been filed.  The Court reminds Plaintiff that she similarly failed to timely file a second amended complaint after the Court dismissed the first amended complaint.  (*See* Dkt. No. 26, at 5.)

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute, and failure to obey the Court's order setting the February 10, 2014 deadline.  Plaintiff's response is **due no later than March 3, 2014, at 4:00 p.m.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |